NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1144

CENTOCOR ORTHO BIOTECH, INC. and
NEW YORK UNIVERSITY,

Plaintiffs-Appellees,

v.

ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC.,
and ABBOTT BIOTECHNOLOGY LTD.,

Defendants-Appellants.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0139, Judge T. John Ward.

ON MOTION

ORDER

Centocor Ortho Biotech, Inc. and New York University move without opposition for a 30-day extension of time, until May 19, 2010, to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<table>
<tr><td>APR 0 1 2010</td><td>/s/ Jan Horbaly</td></tr>
<tr><td>Date</td><td>Jan Horbaly<br>Clerk</td></tr>
</table>

cc:  Dianne B. Elderkin, Esq.
     William F. Lee, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2010

JAN HORBALY
CLERK